Related DDJ

FULL NAME Marlo McGee

COMMITTED NAME (if different) n/a

FULL ADDRESS INCLUDING NAME OF INSTITUTION Robert Presley Dtn. Ctr.
P.O. Box 710 Riverside CA 92502

PRISON NUMBER (if applicable) 201525036

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

IFP Submitted

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marlo McGee

PLAINTIFF,

v.

COUNTY OF RIVERSIDE
Chad Bianco, sheriff
Perry, whiting, Rosa, Trujillo,
Lopez, martinez-Larson,
DOES 1-2

DEFENDANT(S).

CASE NUMBER 5:21-cv-01821-JVS-(KES)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? ___1___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff *Marlo McGee*

Defendants *County of Riverside, et al.*

b. Court *Central District, California*

c. Docket or case number *5:20-CV-00931-JVS-KESX*

d. Name of judge to whom case was assigned *U.S. District Judge James V. Selna* *Magistrate Judge Karen E. Scott*

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) *Settled*

f. Issues raised: *Fourteenth Amendment (deliberate indifference)*

g. Approximate date of filing lawsuit: *April 30, 2020*

h. Approximate date of disposition *March 15, 2021*

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff *Marlo McGee*
(print plaintiff's name)

who presently resides at *Robert Presley Detention Center*
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at *Robert Presley Detention Center - Riverside*
(institution/city where violation occurred)

on (date or dates) _June 20, 2019 - August 19, 2019_
<br>_____(Claim I)_____(Claim II)_____(Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _County of Riverside_ _____ resides or works at
<br>(full name of first defendant)
<br>_4000 Orange St. Riverside, CA 92502_
<br>(full address of first defendant)
<br>_Municipality_
<br>(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
<br>_Municipality_

2. Defendant _Chad Bianco_ _____ resides or works at
<br>(full name of first defendant)
<br>_4085 Lemon St. Riverside, CA 92502_
<br>(full address of first defendant)
<br>_Sheriff_
<br>(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
<br>_The Sheriff is an elected official, at all times possessed the power and authority to create and enforce policies._

3. Defendant(s) _Rosa, Whiting_ _____ resides or works at
<br>(full name of first defendant)
<br>_4000 Orange St. Riverside, CA 92502_
<br>(full address of first defendant)
<br>_Correctional Deputy_
<br>(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
<br>_all are employed by the county and work at Robert Presley Detention Center_

4. Defendant(s) Martinez-Larson, Lopez                                          resides or works at
   (full name of first defendant)
   4000 Orange St. Riverside, CA 92502
   (full address of first defendant)
   Correctional Deputy
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Both are employed by the county and work at Robert
Presley Detention Center

5. Defendant(s) Trujillo, Perry, Does 1-2                                        resides or works at
   (full name of first defendant)
   4000 Orange St. Riverside, CA 92502
   (full address of first defendant)
   Correctional Deputy
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
All are employed by the county and work at Robert
Presley Detention Center.

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

14th Amendment - Due Process Violation

_____

_____

CLAIM II

Municipal Liability-Monell - The constitutional violation of my
rights resulted from a written policy, which
is the "moving force" behind the violation of
my civil rights.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

-(See attached)-

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Award compensatory damages in the amount of $200.00 for each meal I was deprived of.

Award punitive damages in the amount of $1,000 against each defendant

Award $20,000 for the Morell violations.

Grant any other relief the court deems fit

I declare under penalty of perjury that the foregoing is true and correct.

(September 3) 2021     Marlo W R Yee

(Date)               (Signature of Plaintiff)

## Introduction

1  This is a civil rights action filed by Marlo McGee,
2  a pretrial detainee, for damages under 42 U.S.C.
3  §1983, alleging food deprivation and due process
4  claims in violation of the Fourteenth Amendment
5  to the United States Constitution.
6
7  ## Jurisdiction
8  1. The Court has jurisdiction over the plaintiff's
9  claims of violation of federal constitutional rights
10 under 42 U.S.C. §§ 1331(1) and 1343.
11
12 ## Parties
13 2. The plaintiff, Marlo McGee, was incarcerated
14 at the Robert Presley Detention Center ("R.P.D.C.")
15 during the events described in this complaint.
16
17 3. Defendant COUNTY OF RIVERSIDE ("COUNTY")
18 is a municipality, duly organized and exsisting
19 under the laws of the State of California. At all
20 times herein mentioned, defendant COUNTY had
21 final approval of the policy that is the "moving
22 force" behind the violation of plaintiff's
23 constitutional rights. She is sued in her official
24 capacity.
25
26 4. Defendant Sheriff Chad Bianco ("BIANCO")
27 was, at all relevant times mentioned herein, the
28

1   9. Breakfast is served in a plastic bag between
2   the hours of 3 and 4 every morning. Lunch is
3   served between the hours of 11 and 12 in the
4   afternoon and dinner is served between the
5   hours of 3 and 4 in the afternoon.
6
7   10. Plaintiff was deprived of meals because
8   she was not fully dressed per jail policy.
9
10  11. Plaintiff was deprived of meals as
11  punishment for violating jail policy without
12  due process.
13
14  12. Plaintiff suffers from chronic pain
15  due to sickle-cell disease and avascular
16  necrosis and at times is in too much pain
17  to even get dressed.
18
19  13. Plaintiff suffers from Diabetes Mellitus.
20  Proper timing of carbohydrate intake is
21  significant in holding blood glucose levels
22  steady and missing a meal can cause plaintiff
23  to become hypoglycemic.
24
25  14. The policy which is the "moving force"
26  behind plaintiff's allegations constitutes
27  cruel and unusual punishment without
28

1  Sheriff of Riverside County therefore the official
2  policy maker of the Riverside County Jail who made
3  the policy that is the "moving force" behind the
4  violation of plaintiff's constitutional rights.
5  BIANCO is being sued in his individual capacity.
6
7  5. Defendants Whiting, Rosa, Trujillo, Lopez,
8  Perry, and Martinez-Larsen are correctional
9  deputies employed at R.P.D.C. They are sued
10  in their individual capacities..
11
12  6. Defendants John Doe 1 and John Doe 2 are
13  correctional deputies employed at R.P.D.C.
14  They are sued in their individual capacities.
15
16  7. All the defendants have acted, and continue to
17  act, under color of state law at all times relevant
18  to this complaint.
19
20              FACTS
21
22  8. Plaintiff is housed on the medical floor at
23  R.P.D.C.  Inmates housed on the medical floor are
24  confined to their cells 24 hours a day, nearly 7
25  days a week. All meals are served through the
26  tray slot and consumed in the cell. There is no
27  dayroom nor dining hall available.
28

2

1  due process of law and serves no penalogical
2  interest. - See attachment A - Page 11
3  under "meals."
4
5  15. Defendant COUNTY approved the policy.
6
7  16. Defendant BIANCO made the policy.
8
9  17. all other Defendants enforced the policy
10  knowing that the policy violated the constitutional
11  rights of all inmates.
12
13  18. On June 23, 2019 defendant Whiting
14  refused to give plaintiff breakfast. on June
15  25, 2019 defendant Rosa refused to give
16  plaintiff breakfast. On June 28, 2019 defendant
17  Trujillo refused to give plaintiff lunch.
18
19  19. On June 29, 2019 defendant Lopez refused
20  to give plaintiff breakfast. On June 30, 2019
21  defendant Doe #1 refused to give plaintiff
22  breakfast. On July 3, 2019 defendant
23  Martinez-Larsen refused to give plaintiff
24  breakfast. On August 9, 2019 defendant
25  Perry refused to give plaintiff lunch.
26
27  20. Plaintiff was denied meals on other days
28

4

1  that will come to light through discovery.

2

3  21. At all times plaintiff expressed that

4  defendants actions are unconstitutional.

5  This is a loss of liberty and a violation

6  of due process claim.

7

8  22. This type of claim has been previously

9  addressed in the 9th circuit case of

10  Ronald P. Foster Plaintiff-Appellate

11  V. D.L. Runnels Defendant-appellee,

12  554 F.3d 807 (2009)

13

14  23. The said actions of defendants

15  caused plaintiff to experience hunger

16  pangs. Plaintiff was denied several

17  meals due to her chronic pain caused

18  by her sickle cell disease.

19

20

21

22

23

24

25

26

27

28

5

Cell # 7E•14

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐Indio Jail    ☒RPDC    ☐ SCF    ☐CBDC

From (Departo De): McGee, Marlo S    201525036    6/30/19
       Name (Last, First, Middle)     Booking Number;    Date
       (Apellido, Nombre, Segundo Nombre)    (Número de Preso)    (Fecha)

Grievance is about (Queja): ☒Jail Procedures (Procedimientos de la Cárcel)   ☐Jail Conditions (Condiciones de la Cárcel)

       ☐Jail Staff (Personal de la Cárcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

       ☐Other (Otra Queja)_____

Date and time of incident (Fecha y Hora de el Incidente): June 30, 2019 @ 0330 Hrs.

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea específico(e). Utilice hojas adicionales si es necesario.)

On the date and time above, I was denied breakfast due to not being "fully dressed." However, I am housed on the medical floor (for medical reasons) and do not leave my cell for meals. Food is a basic necessity and it it unconstitutional to place a condition (such as requiring one to be fully dressed) on receiving a meal.

Inmate Signature: Marlo McGee

Received by: mouter N4597    7-2-19    0735
       Employee Name and ID number    Date    Time

Recommendations / Resolution:

PER POLICY AND JAIL ADMINISTRATION ALL INMATES MUST BE DRESSED FOR ALL MEALS.

Supervisor: SGT PENCE #3792    07/02/19    1930
       Supervisor Name and ID number    Date    Time

Supervisor Findings:

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

M McGee    6/2/19    Gonzalez S1618    S1618
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to the inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guía de orientación interna para obtener mas información sobre el proceso de quejas, incluyendo su derecho a apelar los resultados iniciales)

Distribution:    White – Inmate Booking File
       Yellow – Facility Commander
       Pink – Inmate Copy
       Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

COR000199

Cell # _7E/14_

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ Indio Jail    ☒ RPDC    ☐ SCF    ☐ CBDC

From (Departe De): _McGee, Marlo_    _20152503b_    _3-9-20_
Name (Last, First, Middle)    Booking Number    Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)    (Fecha)

Grievance is about (Queja):  ☐ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Cárcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): _____

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

The telephones provided to inmates on the 7th floor which are accessed
through the cell door's food slot has created an uncomfortable
restraint. The telephone cord is extremely short, making it very
difficult to use the telephone, especially for the inmates with
mobility issues. Because the receiver barely crosses the threshold of
the food slot, I am unable to sit on the floor while using the phone.
Instead I am forced to kneel on my knees, which is painful to use
_continued_
_See attachment_

Inmate Signature: _Marlo McGee_

Received by: _N.M. Martinez / NS167_    _3-9-20_    _1035 Hours_
Employee Name and ID number    Date    Time

Recommendations / Resolution:
_FORWARDED TO SGT. BANNOW_

Supervisor: _SGT. MENDEZ #3812_    _3/9/20_    _1923_
Supervisor Name and ID number    Date    Time

Supervisor Findings:
_PHONE RECEIVER CORD WAS LENGTHENED. ADA
ISSUE FIXED._

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_Marlo McGee_    _Brown_    _876_
Inmate Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to the inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guía de orientación interna para obtener mas información sobre el proceso de quejas, incluyendo su derendo a apelar los resultados iniciales)

Distribution:  White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

Cell # __7E/14__

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐Indio Jail    ☒RPDC    ☐ SCF    ☐CBDC

From (Departe De): __McGee, Marlo__          __20152503b__          __3-9-20__
Name (Last, First, Middle)          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)          (Número de Preso)          (Fecha)

Grievance is about (Queja): ☐Jail Procedures (Procedimientos de la Cárcel)  ☒Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)  ☐Medical (Medico)  ☐Mental Health (Salud Mental)

☐Other (Otra Queja)_____

Date and time of incident (Fecha y Hora de el incidente):_____

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

The telephones provided to inmates on the 7th floor which are accessed
through the cell door's food slot has created an uncomfortable
restraint. The telephone cord is extremely short, making it very
difficult to use the telephone, especially for the inmates with
mobility issues. Because the receiver barely crosses the threshold of
the food slot I am unable to sit on the floor while using the phone.
Instead I am forced to kneel on my knees, which is painful to use
                                                                    continued
Inmate Signature: __Marlo McGee__                              see attachment

Received by: __N.M. Martinez / NSI67__          __3-9-20__          __1035 Hours__
Employee Name and ID number          Date          Time

Recommendations / Resolution:
__FORWARDED TO SGT. BANNOW__
_____
_____
_____

Supervisor: __SGT. MENDEZ #5812__          __3/9/20__          __1923__
Supervisor Name and ID number          Date          Time

Supervisor Findings:
__PHONE RECEIVER CORD WAS LENGTHENED. ADA__
__ISSUE FIXED.__
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

__Marlo McGee__          _____          __Bannow__          __1876__
Inmate Signature at compilation          Date          Reviewing Deputy          ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guía de orientación interna para obtener mas información sobre el proceso de quejas, incluyendo su derecho a apelar los resultados iniciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/16)

COR000200



*Appeal 1st Lst appeal*
*(Lieutenant)*

Cell # _____

② _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### *Please Print Clearly (Favor De Escribir Claramente)*

☐ **Blythe Jail**      ☐ **JBDC**      ☒ **RPDC**      ☐ **SCF**      ☐ **CBDC**

**From** *(Departe De):*  Gee, Murilo          201525036        7/7/19

Name (Last, First, Middle)                    Booking Number        Date
*(Apellido, Nombre, Segundo Nombre)*          *(Número de Preso)*   *(Fecha)*

Grievance is about *(Queja):*  ☐ Jail Procedures *(Procedimientos de la Cárcel)*   ☐ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente):*  June 20, 2019 @ 0330 hrs

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea específico(a). Utilice hojas adicionales si es necesario.)*

Appeal initial findings dated 7/2/19.

Despite being a policy, it is unconstitutional to
place conditions on receiving a meal.

Inmate Signature:  M Gee

Received by: _____   _____   _____
              Employee Name and ID number          Date          Time

Recommendations / Resolution: _____

_____

_____

_____

Supervisor: _____   _____   _____
             Supervisor Name and ID number         Date          Time

Supervisor Findings: _____

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   _____   _____   _____
Inmate Signature at completion   Date       Reviewing Deputy            ID Number

**~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
                 Yellow – Facility Commander
                 Pink – Inmate Copy
                 Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

my copy (3)

Marlo McGee #2015250316
RPDC 7E/14
P.O. Box 710
Riverside, CA 92502

September 19, 2019

Facility Commander
4000 Orange St.
Riverside, CA 92502

Re: Second level appeal – Original grievance dated 6/30/19

Dear Facility Commander:

On June 30, 2019, I filed a grievance regarding jail policy requiring inmates to be "fully dressed" in order to receive a meal. After receiving the initial findings, I submitted my first level appeal to the lieutenant on July 7, 2019. To date, I have yet to receive a response.

I am appealing the initial findings of my original grievance since the matter has not been addressed on my first level appeal. The initial findings stated "per policy, all inmates must be dressed for all meals." This policy is unconstitutional. Food is a necessity and it is a violation of both the 8th and 14th Amendments to

place a condition on receiving a meal. In addition, I am
housed on the medical floor and do not leave my cell for meals.
It makes zero sense for me to get fully dressed so that the
deputy can hand me my food through a slot in the door.
There is no penalogical interest in this policy.

Marlo W Tyle # 2015250 36
Sept. 19, 2019

my copy (4)

Marlo McGee #201525036
RPDC 7E/14
P.O. Box 710
Riverside, CA 92502

January 20, 2020

Facility Commander
4000 Orange St.
Riverside, CA 92502

Re: Second level appeal Resubmission - Original grievance
dated 6/30/19

Dear Facility Commander:

On June 30, 2019, I filed a grievance regarding
jail policy requiring inmates to be "fully dressed" in
order to receive a meal. After receiving the initial
findings, I submitted my first-level appeal to the
lieutenant on July 7, 2019. After 60 days without
receiving a response, on September 19, 2019 I submitted
my second level appeal to the facility commander. To
date, I have not received a reply.

I am appealing the initial findings of my original
grievance since the matter has not been addressed
on my first level appeal. The initial findings stated

my copy (5)

Marlo McGee #2015250836
RPDC 7E/14
P.O. Box 710
Riverside, CA 92502

March 5, 2021

Facility Commander
4000 Orange St.
Riverside, CA 92502

Re: FINAL ATTEMPT - Second level appeal - Original
grievance dated 6/30/2019

Dear Facility Commander:

   I filed a grievance on June 30, 2019 regarding
a jail policy requiring inmates to be "fully dressed"
in order to receive a meal. After receiving the initial
findings on July 2, 2019, I filed numerous "subsequent"
appeals on the following dates:
   • First Level Appeal (lieutenant)        July 7, 2019
   • Second Level Appeal (Fac. Commander)   Sept. 19, 2019
   • Second Level Appeal Resubmission       Jan. 20, 2020

To date, I have not received a response to
any of the appeals that I submitted.

I was denied nine (9) meals due to not being "fully dressed." Due to a policy that is unconstitutional. Food is a basic necessity and it is unconstitutional to place a condition on whether one will receive a meal. Furthermore, I am housed on the medical floor and do not leave my cell for meals. All meals are brought to my room and consumed in my room. Additionally, I suffer from sickle cell disease which is, at times, extremely painful and there are times when it is simply too painful to get dressed. It is unfair to withhold food for not being "fully dressed". This policy is punitive and serves no penalogical interest.

Marlo McGee #201525036
March 5, 2021

attachment "A"

RIVERSIDE COUNTY
SHERIFF'S DEPARTMENT

## CORRECTIONS DIVISION



# INMATE
# ORIENTATION

For

RIVERSIDE COUNTY JAIL FACILITIES

**REVISED
JANUARY 2020**



## INTRODUCTION

You are being confined in the Riverside County Jail System which was established to provide detention services and programs deemed necessary for the protection of society. These services shall be delivered in a way that promotes efficiency, cleanliness, and maintains the safety of inmates, staff, and the community. This pamphlet is provided as an informational guide, to assist you while you are housed in Riverside County jail facilities. You are encouraged to thoroughly review it as it will explain some operations of the jail, programs that may be available to you, and your rights, privileges, and responsibilities you have as an inmate. Jail employees are professionals, trained not only to enforce the law, but to provide those services established by laws and/or regulations The Riverside County Sheriff's Department utilizes the California Code or Regulations Title 15 and 24, as a minimum guideline for jail operations. The Sheriff's Department retains the right to change or suspend certain conditions to maintain safety and security.

Inmates have the right to be treated respectfully, impartially, and fairly by all employees. Inmates have the responsibility to treat others in the same way. Inmates will not openly display disrespect or contempt for others in any circumstance or incite or provoke violence. Inmates will not subject other persons to any form of discrimination because of race, religion, sex, political belief, age, and physical or mental disability. Inmates shall obey all rules, regulations, laws, and ordinances, as well as refrain from behavior that might lead to violence or disorder. Any inmate who refuses to consider the rights and needs of others, and as a result endangers the jail community or its individual members, is subject to legal and disciplinary actions.

## DEFINITIONS

"INDIGENT INMATE" - An inmate who has $0.00 in their inmate trust account.

"COMMON AREA" - Any area outside of a cell or assigned bunk.

"CONTRABAND" - Any item not approved, issued, or sold through commissary, or any approved items that have been changed or altered from the original form or use.

"KITE" – A slang term used to refer to an Inmate Request form.

"GRIEVANCE" - An allegation by an inmate regarding any current condition of confinement, act, rule, and/or policy, written or unwritten in which an inmate feels their inmate rights or privileges have been violated or not adhered to.

"LEGAL MAIL" - Official mail to or from a specific class of persons and/or organization (s), including but not limited to: Courts, Attorney, Government Officials, Jail Administration, or Judges.

"CORRESPONDENCE" - Communication to or from inmates through letters.

"OBSCENE" - This term refers to material (s) that offensively depicts or describes sexual conduct, which on the whole has no serious literary, artistic, political, or scientific value.

"SEXUALLY EXPLICIT" - The term refers to those written and/or graphic materials that include, but are not limited to, the following: nude or seminude photographs, any act or simulated act of sexual contact, intercourse, and/or masturbation. The material is reasonably deemed to be a threat to legitimate penological objectives.

## ADMISSIONS/BOOKING PROCESS ORIENTATION

**Personal Property/Money:** Your personal property has been inventoried, checked for contraband and placed in storage for safekeeping. Your money will be placed on your inmate account and may be used to purchase commissary items (including phone time), or to pay for other expenses incurred. Indigent inmates will receive basic goods

3

and services (e.g., basic hygiene/mail items, and necessary medical/mental health care).

**Medical/Mental Health:** All persons detained or incarcerated in Riverside County Sheriff's Department correctional facilities shall be provided basic and emergency medical and mental health care. Every inmate will be screened for current and prior medical and mental health related issues.

**Initial Classification:** All newly booked inmates are interviewed and assessed by staff to provide a basis for decisions concerning housing, supervision, protection, and the provision of services.

**Holding Cells:** Located near the telephones in each holding cell are placards containing advertisements for Bail Bond Agents and Criminal Defense Attorneys. Staff will not assist any inmate in the preparation of any legal document or give legal advice or service.

**Photos/Prints:** You will be photographed and fingerprinted.

**Charges/Phone Calls:** You will be advised of all charges against you. As mandated by 851.5 P.C., immediately upon being booked, except where physically impossible, no later than three hours after arrest, you have the right to make at least three completed telephone calls. You can use your phone calls to notify family, or friends, bail bond companies, and/or an attorney. If you have children at home, you have the right to make two additional phone calls to make arrangements for childcare. Local phone calls are free; all other calls are collect. Custody staff are not permitted to make suggestions or referrals to bail bond companies. Inmates who are unable to make a completed phone call may request to place a non-collect call (which will be dialed by staff) to contact an attorney or to notify a family member.

**Wristbands:** You will receive an identification wristband that MUST BE WORN AT ALL TIMES, while you are in custody. You are to notify custody staff immediately if your wristband is broken or needs to be replaced. Without the wristband, you will not be allowed privileges. If your wristband is tampered with in any way, you will be subject to disciplinary action.

**Issued Property:** If you are to remain in custody, you will be issued the following: one set of inmate clothing, one pair of inmate shoes, two sheets, a blanket, and one towel. In addition, you will be issued one booking pack which contains: a short-handle toothbrush, clear gel toothpaste, soap, comb, safety razor, 2 tablets of non-aspirin (1pack). It is your responsibility to retain this property. All items issued, unless otherwise noted, are to be returned upon your release.
**INMATE RIGHTS AND RESPONSIBILITIES**

**RIGHTS:**
1. You have the right as a human being, to be treated respectfully, impartially and fairly by all personnel.
2. You have the right to be informed of the rules, procedures, and schedules governing the operation of the institution.
3. You have the right to freedom of religious affiliation and voluntary religious worship.
4. You have the right to health care, which includes nutritious meals, proper bedding, clothing, a laundry schedule for cleanliness, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles,

and services (e.g., basic hygiene/mail items, and necessary medical/mental health care).

**Medical/Mental Health:** All persons detained or incarcerated in Riverside County Sheriff's Department correctional facilities shall be provided basic and emergency medical and mental health care. Every inmate will be screened for current and prior medical and mental health related issues.

**Initial Classification:** All newly booked inmates are interviewed and assessed by staff to provide a basis for decisions concerning housing, supervision, protection, and the provision of services.

**Holding Cells:** Located near the telephones in each holding cell are placards containing advertisements for Bail Bond Agents and Criminal Defense Attorneys. Staff will not assist any inmate in the preparation of any legal document or give legal advice or service.

**Photos/Prints:** You will be photographed and fingerprinted.

**Charges/Phone Calls:** You will be advised of all charges against you. As mandated by 851.5 P.C., immediately upon being booked, except where physically impossible, no later than three hours after arrest, you have the right to make at least three completed telephone calls. You can use your phone calls to notify family, or friends, bail bond companies, and/or an attorney. If you have children at home, you have the right to make two additional phone calls to make arrangements for childcare. Local phone calls are free; all other calls are collect. Custody staff are not permitted to make suggestions or referrals to bail bond companies. Inmates who are unable to make a completed phone call may request to place a non-collect call (which will be dialed by staff) to contact an attorney or to notify a family member.

**Wristbands:** You will receive an identification wristband that MUST BE WORN AT ALL TIMES, while you are in custody. You are to notify custody staff immediately if your wristband is broken or needs to be replaced. Without the wristband, you will not be allowed privileges. If your wristband is tampered with in any way, you will be subject to disciplinary action.

**Issued Property:** If you are to remain in custody, you will be issued the following: one set of inmate clothing, one pair of inmate shoes, two sheets, a blanket, and one towel. In addition, you will be issued one booking pack which contains: a short-handle toothbrush, clear gel toothpaste, soap, comb, safety razor, 2 tablets of non-aspirin (1pack). It is your responsibility to retain this property. All items issued, unless otherwise noted, are to be returned upon your release.

## INMATE RIGHTS AND RESPONSIBILITIES

### RIGHTS:
1. You have the right as a human being, to be treated respectfully, impartially and fairly by all personnel.
2. You have the right to be informed of the rules, procedures, and schedules governing the operation of the institution.
3. You have the right to freedom of religious affiliation and voluntary religious worship.
4. You have the right to health care, which includes nutritious meals, proper bedding, clothing, a laundry schedule for cleanliness, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles,

and medical and dental treatment.

5. You have the right to visit and correspond with family members and friends, within the facility's rules and schedules.

6. You have the right to unrestricted and confidential access to the Courts by correspondence.

7. You have the right to legal counsel from an attorney of your choice by interviews and correspondence.

8. With the approval of the Jail Commander, you have the right to participate in the use of Law Library reference material to assist you in resolving legal problems, in accordance with the facility's rules and schedule.

9. You have the right to a wide range of reading material for educational purposes and for your own enjoyment. These materials may include items sent from publishers like magazines and softbound books.

10. You have the right to participate in educational, vocational, and employment training if the resources are available and it is within your interests, needs, and abilities.

11. While incarcerated, you have the right to vote or register to vote, pursuant to established law.

**RIGHTS—INMATES WITH DISABILITES:**

1. Inmates with disabilities will be handled with due regard for their impairment and specific medical needs. Inmates with disabilities will be subject to the nondiscrimination requirements of Title II of the Americans with Disabilities Act and afforded the same rights and opportunities as inmates without disabilities. Correctional facilities will operate their programs so that, when viewed in their entirety, they are readily accessible to and usable by individuals with disabilities.

2. While in custody, staff will make reasonable accommodations to assist hearing impaired inmates to effectively communicate. If requested by an inmate or deemed necessary by staff, a qualified interpreter will respond for interpreting services.

**RESPONSIBILITIES:**

1. You have the responsibility to notify staff if you have any weapon (s), contraband, or drug (s) concealed on your person.

2. You have the responsibility to treat others, both employees and inmates, with respect, impartiality, and fairly.

3. You have the responsibility to know and abide by rules, procedures and schedules.

4. You have the responsibility to recognize and respect the rights of others, respect the freedom of religious affiliation and to voluntarily worship.

5. It is your responsibility to not waste food, to follow laundry and shower schedules, to maintain neat and clean living quarters, and to seek medical and dental care, as you need it.

6. It is your responsibility to conduct yourself properly during visits, to not accept or pass contraband, and not violate the law.

7. You have the responsibility to present honestly and fairly your petitions, questions, and problems to the Court.

8. It is your responsibility to use the services of an attorney honestly and fairly.

9. It is your responsibility to use the Law Library as a resource and to use it within the procedures and schedule prescribed, and to respect the rights of other inmates to use the resource.

10. It is your responsibility to seek and use educational material for your own benefit, without depriving others of their equal rights to use them as well.

11. You have the responsibility to take advantage of activities that may help you live a

5

successful and law abiding life within the institution and within your community. You will be expected to comply with the regulations governing the use and services of educational programs and materials.

## GRIEVANCES

Any inmate may file a grievance to complain about any condition of confinement over which the Riverside County Sheriff's Department has control, e.g., health care, classification status, disciplinary actions, program participation, telephone, mail, visiting procedures, food, clothing, and bedding. Inmates should attempt to resolve complaints informally by talking to or writing a "kite" to the housing deputy. If the complaint cannot be resolved informally, inmates may obtain an Inmate Grievance Form from any deputy or from the Grievance forms located in the housing units. Inmates have ten days to file a grievance from the date of occurrence. After completing the grievance form, an inmate may deposit it in the grievance mailbox located in the dayroom / housing unit. If there is no mailbox present, an inmate may return it to any deputy for processing. Grievances will be reviewed by a jail supervisor or manager, and the findings will be provided to the inmate in writing. An inmate may appeal these findings, in writing, within seven days of receiving the initial findings of the grievance. An appeal must stay within the boundaries of the original grievance and should explain why the initial findings of the grievance are being challenged or disputed. If an appeal is submitted, a lieutenant will review the original grievance, written appeal, and any relevant information regarding the investigation of the complaint. At the conclusion of this appeal review, the inmate will be provided with the findings in writing. An inmate may appeal the lieutenant's findings in writing within seven days of receiving the response. This second appeal will be reviewed by the jail commander and the findings will be provided to the inmate in writing. The jail commander's decision is final. Any inmate suspected of abusing the grievance process by submitting redundant, malicious, or abusive grievances may have their grievance privileges suspended.

## PRISON RAPE ELIMINATION ACT (PREA)

The Riverside County Sheriff's Department has established a zero-tolerance policy concerning sexual misconduct or abuse of inmates. Any act or behavior of a sexual nature directed towards an inmate by another inmate, staff member, volunteer, agency representative or any person with access to the Riverside County Corrections Division/ Jails should be reported. You can report sexual misconduct or abuse to any staff member (i.e., deputy, sergeant, the Chaplain, program staff, or medical/mental health staff) Immediately or as soon as practical so the appropriate actions can be taken. Incidents can be reported to a third party such as a friend or family member who can report it to the Sheriff's Department for you; or by using the **24-Hour Rape Crisis number 1-800-656-4673 (HOPE)**. If you are in custody you can dial **9035#** from your housing unit phone.

## DISCIPLINE

Any violations could result in the issuance of a written disciplinary marker. Discipline can include, but is not limited to the following: a verbal warning; loss of television, loss of commissary, visiting, telephones, and/or recreation privileges; extra work detail, forfeiture of good time/work time; disciplinary housing with a disciplinary diet; or criminal charges could be filed. The Riverside County Sheriff's Department utilizes a point system. Each violation is assigned cumulative disciplinary points. Inmates receiving multiple disciplinary markers will be subject to progressive disciplinary sanctions. High cumulative disciplinary point totals can adversely affect custody level and or privileges. Accumulated disciplinary points will remain on an inmate's record during subsequent County incarcerations. Upon notification in writing of a disciplinary

6

marker, all inmates will be offered 24 hours to prepare for a hearing, the option to call witnesses and the option to waive the 24 hours to have the hearing immediately to determine discipline. Inmates will not be allowed to question or be present for witness statements.

After a hearing, an inmate wishing to appeal disciplinary sanctions shall be directed to write an appeal to the facility commander within 72 hours.

Cumulative disciplinary point values can be reduced through good behavior. Inmates who have accumulated disciplinary points can reduce their point value by five points for every 30 consecutive days of in-custody good behavior (no disciplinary markers). Furthermore, if an inmate is re-incarcerated, a one-time ten-point reduction will be subtracted from their prior disciplinary score.

## PROHIBITED ACTS WHILE IN CUSTODY

1. Killing: 100 pts.
2. Fighting with or battery on any staff member: 55 pts.
3. Fighting with or battery on another inmate without significant injury: 20 pts.
4. Fighting with or battery on another inmate with significant injury: 55 pts.
5. Threatening another with bodily harm, or with any offense against his person or property: -10 pts.
6. Gassing: 55 pts.
7. Extortion, blackmail, protection, demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat of informing: 20 pts.
8. Sexual assault: 55 pts.
9. Engaging in sexual acts with others: 20 pts.
10. Making sexual proposals or threats to another: 15 pts.
11. Indecent exposure: 15 pts.
12. Escape: 75 pts.
13. Attempting or planning an escape: 55 pts.
14. Wearing a disguise or mask: 10 pts.
15. Setting a fire: 75 pts.
16. Destroying, altering, or damaging jail property of another person: 15 pts.
17. Stealing (theft): 10 pts.
18. Tampering with or blocking any device: 20 pts.
19. Adulteration of any food or drink: 20 pts.
20. Possession of introduction of a gun, firearm, weapon, explosive, ammunition: 55 pts.
21. Possession, introduction, or use of any narcotics, narcotic paraphernalia, drugs, tobacco, marijuana or intoxicants not prescribed for the individual by the medical staff: 20 pts.
22. Misuse or authorized medication: 5 pts.
23. Possession of property belonging to another: 5 pts.
24. Loaning of property or anything of value for profit or increased return: 5 pts.
25. Possession of anything not authorized for retention or receipt by the inmate, and not issued to him through regular institutional channels: 5 pts.
26. Possessing any officer's or staff clothing: 55 pts.
27. Mutilating or altering clothing issued by the jail: 5 pts.
28. Rioting: 40 pts.
29. Encouraging others to riot: 55 pts.
30. Engaging in, or encouraging a group demonstration: 10 pts.
31. Refusing to work, or to accept a program assignment: 10 pts.

32. Encouraging others to refuse to work or participate in a work stoppage: 20 pts.
33. Refusing to obey an order of any staff member: 10 pts.
34. Malingering, feigning an illness: 10 pts.
35. Failing to perform work as instructed by a supervisor: 10 pts.
36. Insolence towards a staff member: 10 pts.
37. Lying or providing a false statement to a staff member: 10 pts.
38. Conduct which disrupts or interferes with the security or orderly running of the institution: 5 pts.
39. Counterfeiting, forging, or unauthorized reproduction of any document, article or identification, money, security or official paper: 10 pts.
40. Participating in an unauthorized meeting or gathering: 10 pts.
41. Being in an unauthorized area: 10 pts.
42. Using any equipment or machinery contrary to instructions or posted safety standards: 5 pts.
43. Using any equipment or machinery which is not specifically authorized: 15 pts.
44. Failing to stand headcount: 15 pts.
45. Interfering with the taking of headcount: 10 pts.
46. Making intoxicants: 20 pts.
47. Being intoxicated: 15 pts.
48. Using abusive or obscene language: 5 pts.
49. Gambling: 5 pts.
50. Preparing or conducting a gambling pool: 10 pts.
51. Possession of gambling paraphernalia: 5 pts.
52. Being unsanitary or untidy, failing to keep one's person and one quarters in accordance with posted standards: 5 pts.
53. Tattooing or piercing: 20 pts.
54. Unauthorized contact with the public, use of mail or telephone: 5 pts.
55. Possession of a cell phone or unauthorized electronic device: 55 pts.
56. Correspondence or conduct with a visitor in violation of posted regulations: 5 pts.
57. Giving or offering any official or staff member a bribe or anything of value: 30 pts.
58. Giving money or anything of value to, or accepting money or anything of value from another inmate, a member of his family, or his friend: 5 pts.
59. Attempting to commit any of the above offenses, aiding another person to commit any of the above offenses, and above offenses shall be considered the same as a commission of the offense itself. Points as applicable.

## FACILITY CLEANLINESS
It is the responsibility of inmates to maintain their living areas. All inmates within the Riverside County Jail Facilities are responsible for cleaning their own living area daily. Sentenced inmates may be required to clean other spaces within the confinement area. Pre-Trial inmates may be permitted to clean other spaces on a voluntary basis. A clean facility improves the safety and livability for all.

## CELLS/BUNKS
There will be no pictures, papers, or strings affixed to any wall, ceiling, doors, toilet, or light fixture. There will be nothing on the windowsills. There will be no writing on the walls. All light fixtures, doorways, ventilators, windows, and vented areas are to remain unobstructed.

## HOUSING AREA/DAYROOM
Each inmate is responsible for his/her own cell area and the area surrounding the housing unit. If the housing areas are found cluttered or unclean, all privileges may be revoked. The dayroom, shower and lavatory area will remain neat and clean at all times. This will be the responsibility of all inmates using the facilities. Cleaning

8

equipment and supplies will be provided for your use daily. If additional cleaning supplies are needed, contact the housing deputy.

**TELEVISION**
Television privileges will be given in general housing locations at the discretion of the jail staff. Any tampering with the television, cable, electrical outlets or parts will result in the loss of television privileges.

**TRASH RECEPTACLES**
All trash will be placed in the appropriate receptacles. All trash receptacles will be emptied each day during cleanup.

**PERSONAL ITEMS**
Personal items will be neatly arranged on bunks, shelves, or in your jail issued property box. No items shall be placed on the windowsills. All property boxes will be stored under your bunk. All personal items must remain in their original form. Any items ripped, torn, or altered will be confiscated. Non-compliance with the above shall result in personal items being confiscated, and placed into your personal property, or destroyed. Additionally, all personal property, except legal mail, must fit inside one property box.

**CELL/BUNK ASSIGNMENTS**
You are not permitted to relocate from one cell or bunk to another, unless directed by custody staff. If you have an emergency, you are to notify custody staff immediately.

**PERSONAL HYGIENE**
Each inmate is expected to maintain a high degree of personal cleanliness. Showers are available for this purpose. Toothbrush, toothpaste, and other personal and/or feminine hygiene items are available on an as needed/indigent basis. Equipment for cutting your hair and fingernails is available for your use upon request by using an inmate request slip. If you want to have another inmate help you with cutting your hair, include the name of that inmate on your request. The inmate who helps you must be from the same dayroom and approved by custody staff. Your request for a haircut may be delayed if it interferes with the normal operations of the jail.

**MRSA OR "STAPH" INFECTION**
Staph bacteria may cause minor skin infections such as boils, and more serious infections can cause pneumonia or blood poisoning. MRSA is a drug resistant form of "staph" infection that is more difficult to treat. MRSA can be spread through physical contact with contaminated surfaces, objects, or an infected person. To prevent becoming infected, maintain a high degree of personal hygiene by washing your hands, showering regularly, and maintaining a clean-living area. MRSA can be treated, so request medical attention if you develop a boil, red or inflamed skin, receive an insect or spider bite, or develop a sore that does not go away.

**BEHAVIOR**
No fighting or physical harm is permitted. No arm wrestling, general "horseplay" or gambling of any kind will be tolerated. Inmates are expected to treat each other and staff with respect. Harassment, rude or demeaning behavior, and profanity toward custody staff or other inmates will not be tolerated.

**INMATE CLOTHING**
You may only wear clothing issued or approved by the jail. You are to wear your issued clothing and footwear when in a common area or out of your cell, unless otherwise

9

directed by medical personnel or custody staff.  <u>Clothing is not to be altered, written on,</u>
<u>or damaged in any way.</u>  Inmates going to regular court proceedings will wear jail
clothing. Inmates may wear personal clothing during their jury trial.

## LINEN

Clothing and bedding are exchanged once a week. The deputies will give you
instructions to help you prepare for the exchange. Undergarments will be exchanged
twice a week. Blankets are exchanged once every three months. Any torn or damaged
clothing and linen must be reported immediately.

## CONTRABAND

Contraband is defined as anything that is not authorized, issued, or sold by the facility.
Contraband includes any authorized, issued, or sold item that has been altered in any
fashion. Possession of contraband is a rule violation and/or a criminal violation and will
subject you to disciplinary action or criminal prosecution.
Introducing contraband into a correctional facility is a felony and may subject you to the
disciplinary process as well as criminal charge (s).
In addition to the above, the jail defines contraband as follows:

Excess medication
Weapons
Tools or sharpened instruments
Money or jewelry
Food the jail has provided and is still in your possession past the allotted time for
consumption of 15 minutes (not including commissary food items and meals
approved for medical or religious reasons)
Narcotics (or paraphernalia)
Personal clothing
Tattoo kit (or paraphernalia)
Cigarettes, tobacco, **marijuana** (or paraphernalia).
Crafts of any kind

## SEARCHES

You will be subject to random searches of your property, cell, bunk area, and your
person for contraband. Mattresses are not assigned and may be exchanged by staff
following a search. You may be subject to strip searches under the following
conditions:

You volunteer for an inmate work program.

Anytime you return after leaving the secure portion of the facility.

Anytime circumstances or situations require a strip search.

## CANINE USE

Detection dogs are used throughout Riverside County correctional facilities. You and
your belongings may be subject to search.

## HEADCOUNT

When "headcount" or any other term related to inmate count is called, inmates are
expected to return to their cell, sit on their assigned bunk or at a meal table, as directed
by the Housing Deputy. You will be required to show your wristband, which should be

10

correctly worn by you at all times. Inmates are expected to remain quiet during headcount. Inmates who upset or interfere with headcount are subject to immediate discipline.

## MEALS

Meals are to be consumed at the time they are served. Meals not consumed at mealtime are to be thrown away immediately after the allotted time given to consume the meal (15 minutes). Any part of the meal not consumed or discarded will be considered contraband. If you have a medical order for an extra meal, you may not save a part of the meal beyond a reasonable time and all of it must be discarded before receiving another meal. You shall be fully dressed before receipt of each meal. The jail does not require that you accept a meal, but if you want a meal, you must be dressed. At the conclusion of each meal, inmates must return all utensils, plates, cups, and disposable food containers provided with a meal. Possession of these items after a meal will be cause for discipline and your cell / housing units will be searched to find the contraband. Breakfast, lunch, and dinner are served each day.

## SPECIAL DIETS RELIGIOUS OR MEDICAL

All special diets for religious reasons must be recommended by the jail chaplain or by the jail physician if a medical reason is determined and approved by the jail commander or designee. A request for a special diet for religious reasons may be submitted on an inmate Request Slip (kite) to the chaplain. Inmates with medically approved diets will be accommodated only under the direction of the jail physician. Medical Diets supersede religious diets.

## EMERGENCY SITUATIONS

In the event of a medical or personal security emergency in your housing unit, you should alert jail staff by loudly calling for help. Some of our housing units are equipped with emergency call buttons for this purpose.

## MAIL

You are entitled to send and receive mail through the U.S. Postal Service while in custody.  There is no limit placed on the number of incoming or outgoing letters. You **MAY NOT** seal outgoing letters. An assigned deputy will do so prior to mailing. Outgoing mail is to be properly addressed. This includes the actual name of the person to whom you are mailing. Refer to the back page of this pamphlet for the mailing address of each Riverside County Jail Facility. Legal mail is to be marked "Legal Mail" on the outside of the envelope. You are entitled to send and receive confidential mail from the following: state and federal courts, any member of the State Bar (any attorney licensed to practice law in California), any holder of public office, the Board of State and Community Corrections, and the jail commander. Confidential mail must meet all requirements for regular mail and have the words "**Legal Mail**" on the front of the envelope. All incoming and outgoing legal mail will be inspected for contraband then opened or sealed by the housing unit deputy in your presence.

## RECREATION

Outdoor recreation is offered in the jail to those inmates who are not under disciplinary restrictions. Each facility offers recreation three hours per week, during day and evening hours based on facility schedules. Outdoor recreation is conducted in the various recreation areas throughout the jails, under the supervision of jail staff. Recreation may be denied for reasons of discipline, jail security, bad weather, smog alerts, or any other unusual circumstances.

11

## CLASSIFICATION OF INMATES

The Classification Unit will assign inmates and transfers to housing units and activities according to the categories of gender, behavior, criminal sophistication, physical or mental health needs, and other criteria to enhance the safety of the inmates and staff. Inmates who are sentenced to more than 60 days in custody may request a review of their classification status. To qualify for the review, 30 days must have passed since your last review. You may request such a review by submitting an inmate request slip or "kite" addressed to the Classification Unit. All inmates assigned to Administrative Segregation will have their classification reviewed automatically once every 30 days.

## VISITING

State laws and regulations entitle you to two visits a week and the total of those visits equal sixty minutes. Visits are scheduled twice a week (See the posted visiting schedule in your housing unit). Your family and friends may obtain information on visiting by calling the numbers listed on the back page for the various correctional facilities or at the Riverside County Sheriff's Department website. (http://www.riversidesheriff.org) Visits are subject to monitoring and/or recording by the Sheriff's Department. You are also entitled to confidential visits with your attorney, investigator, probation officer, or parole agent.

## TELEPHONES

Telephones are in your housing unit for you to make outgoing calls. When making an outgoing call, you must enter your assigned Personal Identification Number (PIN). The Inmate phone system instructions and your assigned PIN number were given to you when you were booked. If you do not have a PIN number, or you need a new PIN number, contact the Housing Unit Deputy for assistance. You may make collect calls or debit account calls. A debit account can be purchased from Commissary. It is important that you do not misplace your assigned PIN. For purposes of jail security, these telephones are subject to monitoring and/or recording by the Sheriff's Department. In an effort to protect your right to make confidential phone call to your attorney, licensed physician, or religious advisor, you must request to have a phone number blocked from recording. Please contact the Housing Unit Deputy for assistance. Calls made from these telephones are collect calls. Use of the telephone is a privilege and may be restricted or revoked. The Riverside County Sheriff's Department assumes no responsibility for cost incurred by persons who receive collect calls made from the jail by inmates. In the event the telephones are damaged or destroyed by inmates, a substantial delay in repair or replacement should be expected. Telephones will be available for use as much as possible. Inmate conduct will determine the amount of time given for use of the telephones. Some people you call may not accept collect calls or may have a "call blocking" feature on their phone. If this occurs, you may need to have someone outside the jail help you contact the party. The jail does not permit third party or conference telephone calls to be placed by inmates inside the jail.

## TELECTEXT DEVICE FOR THE DEAF (TDD)

If you have a hearing impairment or wish to communicate with a hearing-impaired person who is not in custody, you may ask your housing unit deputy for access to a Teletext Device for the Deaf (TDD). A hearing-impaired inmate may use a TDD through the California Relay Service (CRS) for text and speech communications with persons out of custody. Inmates who require the use of the TDD phone will be given reasonable access.

12

## INTERPRETER SERVICES/ASL/VRI/VRS

American Sign Language (ASL), Video Remote Interpretation (VRI), and Video Relay Services (VRS) are available for inmates who request the use of an interpreter. Notify corrections staff if you are in need of these services.

## MEDICAL AND DENTAL CARE

You may make a request for a medical or dental visit by filling out a healthcare request form and depositing it in the red medical mailbox located in the dayroom/housing unit or by giving it to medical staff if a medical mailbox is unavailable. A supply of healthcare requests forms will be available in your housing unit, or you may request it from medical staff directly. If you feel you have an emergency medical need, notify a staff member immediately. Upon approval of the jail physician, you may also be referred to a hospital for special treatment. Dental services are available to all inmates; however, those services are limited. You may, upon approval of the Jail Commander and at your own expense, receive elective medical and dental treatment. If approved, you will be charged for the cost of the security escort, transportation, and treatment.

## MEDICATION ROUNDS/PILL CALL

Medical staff will dispense medication as prescribed by a jail physician. You are responsible to arrive on time when called for medication, line up single file in the dayroom, fully dressed and wait for your medication behind the painted line in front of the pill slot. Bring a cup of water with you and show your wristband when requested. Swallow your medication in front of the medical staff, and then show them that it has been swallowed.

## MENTAL HEALTH SERVICES

If you feel you need counseling about a personal, family, mental, or an emotional problem, you may request the services of the jail mental health staff. The staff includes psychiatrists, clinical therapists, behavioral health specialists, and recreation therapists. If you need immediate attention, contact the housing deputy. If it is not an emergency, fill out a healthcare request form and deposit it in the red medical mailbox located in the dayroom/housing unit or give it to medical staff if a medical mailbox is unavailable. A supply of healthcare requests forms will be available in your housing unit, or you may request it from medical staff directly. There is no charge for mental health services by jail mental health staff, while you are in custody.

## SUICIDE PREVENTION

**What is suicide prevention and what can I do to help?**
Suicide Prevention is keeping someone from dying by their own hands. It is everyone's job. It means:

- Knowing the warning signals of suicide.
- Putting your own feelings aside to try to save another's life.
- Knowing the facts.
- Listening to others.

**What should I do if I think someone may be suicidal?**
- Do not be afraid to ask the person, "Are you thinking about suicide?"
- Stay with the person and ask someone to go for help.
- Do not worry about risking a friendship if you truly feel someone is suicidal.

13

- Ask for help from staff if the person talks about suicide or makes statements related to death.
- Take all threats seriously. Most everyone who attempts suicide or commits suicide has given some warning signs.
- Ask for help from staff if someone you know:
  - Has had something very stressful happen such as a death in the family, relationship break-up, or received bad news regarding their case or sentence.
  - Is giving away their possessions along with suddenly acting as if they feel better.
  - Seems to have lost interest in things they usually enjoyed.

### What should I do if I am thinking about suicide?
- Ask for help. Suicide is final. It is often a reaction to a temporary problem.
- Be aware of the warning signs.
- Ask questions of your healthcare provider.
- Ask for help if you:
  - Have lost interest in things you usually enjoyed.
  - Are having overwhelming feelings of shame, guilt, helplessness and hopelessness.
  - Are thinking about your own death.
  - Have had a very stressful thing happen to you.

### Tell a deputy to call medical or mental health if:
- You are having suicidal thoughts
- You are concerned that someone you know may be suicidal.

### PREGNANT INMATES
Upon confirmation of an inmate's pregnancy, they shall be advised, orally or in writing, of the standards and policies governing pregnant inmates.

An inmate found to be pregnant and desiring an abortion shall be permitted to determine their eligibility for an abortion pursuant to law. If determined to be eligible, the inmate shall be permitted to obtain an abortion without interference from jail officials. A request can be made through medical.

### LACTATING INMATES

If you are currently breastfeeding your child or are interested in providing your child with breastmilk, you can submit a request to medical staff. You will be screened and approved by medical staff before your breastmilk can be released to a family member or guardian.

### STERILIZATION PROCESS FOR INMATES
A sterilizing surgery is a procedure that permanently ends a person's ability to have children and involves some or all of the person's reproductive parts being removed or altered. Sterilizations cannot be used in County Jail for the purpose of birth control; it can only be used to address a health condition. If you are offered a tubal ligation while in custody, you have the right to refuse, and the institution cannot withhold future healthcare treatment as a form of retaliation.

14

If you are diagnosed with a health condition and offered a sterilizing procedure as a treatment, you can ask to see a second doctor, ask about less invasive, less permanent remedies, and ask for full information about the sterilizing procedure. If you have a sterilizing procedure while in custody, you can ask for psychological and/or medical follow-up care.

**IF YOU HAVE QUESTIONS, YOU ARE ENCOURAGED TO SPEAK TO A NURSE OR OTHER MEDICAL PROFESSIONAL ASSIGNED TO THIS FACILITY.**

**COMMISSARY**
A variety of commissary items are available to you from an independent vendor and are delivered throughout the week. Each facility will have a different ordering and delivery schedule. You may order commissary by completing the commissary order on the kiosks in the dayroom. The cost of items you purchase will automatically be deducted from your account. You may only possess double the amount of any item listed on the commissary order form and all items must fit in your issued property box. If you are transferred to a different facility, your order will follow you to that facility the next week. If you do not receive your commissary, write a kite addressed to Commissary.

Online commissary orders can be purchased by family members and delivered to you while in custody. Your order will be delivered according to your facility's current commissary delivery date. Refer your family to the following website: www.riversidepackages.com.

**SITE-B PROGRAMS**

**What is SITE-B?**
SITE-B stands for the Sheriff's Inmate Training and Education Bureau (SITE-B). This bureau operates within the Corrections Division of the Riverside County Sheriff's Department. SITE-B coordinates and delivers inmate programs and services at all five facilities. These programs and services include comprehensive programs like GOALS (Guidance and Opportunities to Achieve Lifelong Success), RSAT (Residential Substance Abuse Treatment), and the VET (Veterans Enrichment and Transition) programs. The Career Technical Education (CTE) vocational courses include occupational skills and hands-on-training in demand occupations, such as Construction Technology, Computer Information Systems, and Graphics Technology/Print Occupations through the Greybar Print Shop, and education courses to obtain a GED or diploma. Religious and volunteer services, chaplain services, book cart, and reentry services are also offered. SITE-B's goal is to reduce recidivism through these programs. Recidivism refers to an inmate's relapse into criminal behavior.

**How long does it take to finish a program?**
Only 140-days (twenty-weeks). Plus, if eligible, many inmates earn milestone credits and others may have their sentences modified to be released upon program completion.

15

### Why participate in programs?

Participating in programs can help you in many ways. It gives you the opportunity to learning new skills such as parenting, anger management and occupational training, receive no cost rehabilitation programs like substance abuse treatment costing thousands of dollars out of custody, helping to pass the time in custody quicker, earn money for commissary, achieve personal goals such as graduation from high school, fulfilling court mandated terms and conditions, earning milestone credits — up to 6-weeks per year sentence reduction, and get EXTRA incentives like pillows, orange shoes, coffee, and much more.

### What are milestone credits?

A sentence reduction for inmates who successfully complete "approved rehabilitation programming" and meet specific program performance objectives. Inmates may earn up to 6-weeks credit per every 12-month period of continuous confinement. These credits apply to unsentenced and sentenced inmates. Program credit is a privilege, not a right.

### How do inmates get into a program?

Submit an Inmate Request Slip (kite) to Programs. Staff will come see you for an individual evaluation and have you take some assessments. These assessments help staff place you in the program which best meets his or her needs. The unique combination of these scores helps staff to customize the program specific to the inmate. Staff also evaluate the length of custody, in custody behavior, and charges. Staff will notify the inmate if he or she is eligible for a program.

### Can inmates earn a certificate?

Yes. Inmates may earn a certificate in the GOALS/RSAT or VET program which is recognized by the courts; and vocational certificates in new career fields such as Construction Technology, Graphics Technology, or Computer Information Systems; and in construction trades like welding, painting, etc. plus OSHA certification and NCCER—a national registry; and Reentry Workforce Readiness certificate which prepares and links the "New Beginner" to the county's employment assistance system with access to numerous FREE resources and services from many government and community partners.

## RELIGIOUS PROGRAMS

The Department employs chaplains to provide for the religious needs of all persons incarcerated in Riverside County facilities. The chaplain provides religious reading materials, religious items, and diets for inmates. Additionally, Chaplains are available to assist inmates in meeting their spiritual needs. Religious programs of various denominations are conducted at scheduled times for various housing units at each facility. Several volunteer denominational and nondenominational clergy visit the facilities regularly. If you want to see a chaplain or request a religious item, or reading material, send an Inmate Request Slip (kite) to the chaplain's attention. Copies of religious publications and sacred literature, such as the Bible, Torah, Book of Mormon, etc. are also available upon request. If you have strong feelings about having a representative of your religious belief provide services for you, notify your housing unit deputy or chaplain. We will attempt to satisfy your request.

## INMATE MARRIAGE

The Riverside County Sheriff's Department Corrections Division neither encourages nor discourages in-custody marriages. The Department permits in-custody marriages for inmates who meet the legal requirements. It is entirely your responsibility to make

16

arrangements to obtain a marriage license. Sheriff's employees will not become involved in this process. Ceremonies may be civil or religious, but no religious rites beyond readings are permitted. Rings will not be exchanged. Send an Inmate Request Slip (kite) to the chaplain's attention to request any further information.

**LIBRARY PROGRAMS**
Each jail facility maintains a library of general reading material on book carts. The general reading material consists of a variety of secular books as well as religious material, magazines, books, and newspapers. General reading material for you to select from is brought to the facility housing units regularly. You are entitled to receive certain magazines, softbound books and newspapers through the mail direct from the publisher. These are subject to inspection. Policy does not allow the circulation of publications that are obscene or inflammatory in nature. The newspaper is distributed to each housing unit each morning. The old newspapers from the day before must be turned in before you receive a new edition. There are also various brochures on the book carts such as, but not limited to:  the Prison Rape Elimination Act (PREA), voting requirements, etc.

**LAW LIBRARY**
A law library is available for use by inmates housed in Riverside County Jails. Court approved "pro per" inmates, and those with court orders, shall have priority access to the law library.  Pro Per inmates should submit an Inmate Request Slip (kite) to the Program Coordinator for access to the law library.  All other inmates should make a request to the housing unit deputy.

**CONSULAR NOTIFICATION**
If you are a citizen of a country other than the United States and would like to contact your country's foreign consulate office, complete an inmate request form addressed to Classification. A classification deputy will provide you with the address and telephone number for your country's consulate office. If your country's consulate office will not accept a collect telephone call, you will have to contact them by mail or request a friend or family member, who is not in custody, to contact the consulate on your behalf.

**CITATION RELEASE**
Citation releases are generally given to inmates, at the time of booking, for misdemeanors and infractions of the law. If you were denied a cite release at the time of booking, or you have not yet appeared in court for arraignment, you may request a reevaluation of your eligibility. You may make your request to the on-duty Watch Commander through your housing unit deputy.

**BAIL AND PRIVATE BOND**
Bail may be posted in a variety of ways depending on the severity of the offense for which you are charged, the type of offense, and bail fixed.
Private bail bonds are a personal-contract between you and a bonding agency licensed by the State of California. The percent of cash payment or surety property and related matters is a private transaction between you, the bonding agent, and the bonding company. Jail staff may not help you in this type of transaction.

**CASH BAIL**
Cash bail may be posted from your trust account upon request. Any private person on your behalf may pay cash bail to the Jail Business office. The cash must equal the full amount of the bail.

17

## FINES

The business office computes payment of fines at the rate specified by the court. Any portion of a day equals one day of confinement. When the court orders both time and fines, all time must be completed before the fine commences. Work and behavioral credits are awarded for time served in lieu of a fine. Fines must be paid in cash or a cashier's check from a local bank.

COUNTY PROBATION - If you are released on County probation, you must report to the probation office within forty-eight (48) hours. For your convenience, the addresses and phone numbers are listed.

**Blythe Area** — 240 N. Broadway St., Blythe, CA 92225 (760) 921-5860
**Riverside Area** —1020 Iowa Ave., Suite A, Riverside, CA 92502 (951) 358-7500

**Indio Area** —47-940 Arabia Indio, CA 92201 (760) 863-8415
**Banning Area** — 135 N. Alessandro, Banning, CA 92220 (951) 922-7200
**Murrieta Area** — 30123 Technology Dr., Murrieta CA 92563 (951) 600-6282

## TEMPORARY RELEASE

Inmates may apply for a temporary release in the event of the death or critical illness of an immediate family member. This request must be in writing. You may request information from the housing unit deputy. Only the jail commander can approve a temporary release.

## OWN RECOGNIZANCE RELEASE

Own recognizance releases are given for felony offense, but operate similarly to a citation release for misdemeanor offenses, except that the award of an "OR" release follows a formal investigation by the court. An "OR" release may be permitted on a misdemeanor charge, when referred by the court. A "Pre-Trial Release Investigator" is available at each facility. If your charge is a felony, you will be scheduled for an interview as soon as possible.

## MODIFICATION OF SENTENCE

The modification of your sentence is a separate action between you and the court. You may seek modification of your sentence through your attorney, the Probation Department, or other parties capable of entering a plea before the court for you.

## OTHER ACTIONS AND SATISFACTION OF SENTENCE

You will be released from the custody of the Sheriff when the terms of your sentence are satisfied, upon transfer to another jurisdiction, or upon satisfaction of each charge filed against you.

## AWARD OF GOOD TIME / WORK TIME

The award of good time behavioral credits is at the discretion of the Jail Commander and all or some of these credits may be withheld for violations of jail rules. Your behavior determines your eligibility for these credits.
It is our policy to award work time to all inmates. Therefore, all inmates may be required to work. Refusal to work could result in disciplinary action and lead to the loss of total eligibility for credits in this category. Poor work could result in a partial loss of these credits.

## RESTORATION OF LOST BEHAVIORAL CREDITS

If you have been disciplined in any jail facility in Riverside County and you have lost

18

good time or work time credits or both, the Jail Commander is authorized to restore those credits provided your behavior since you were disciplined has improved and warrants the restoration of the credits. If you think you qualify for the restoration of credits, you may send a written request to the Jail Commander asking that the credits be restored.

## ALTERNATIVE SENTENCING PROGRAMS

The Sheriff's Department administers a Supervised Electronic Confinement Program (SECP) which allows qualifying inmates to serve their county jail sentence while confined to their home. Inmates participating in this program are required to wear a GPS enabled ankle bracelet monitor and are allowed time outside of their home to work and/or attend school or other rehabilitative programs. Inmates receive day-for-day credit while on this program. For pre-trial detainees who have been arraigned and meet the established criteria, there is a similar program which allows for home confinement while their case is being adjudicated. For inmates sentenced to longer than one year in county jail, the Fire Camp program allows for inmates who meet established criteria to complete their sentence at a local fire camp operated by the California Department of Corrections and Rehabilitation. Inmates participating in this program earn 3-for-1 daily credit, allowing them to complete their sentence in significantly less time.  There is no fee for inmates selected to participate in these programs. If interested, obtain an application from your Housing Unit Deputy for SECP programs, or direct correspondence to the Riverside Alternative Sentencing Program (RASP) Fire Camp Coordinator.

## MAILING ADDRESSES
FOR RIVERSIDE COUNTY CORRECTIONAL FACILITIES

**BLYTHE JAIL**
Name
Booking Number
Post Office Box 1270
Blythe, CA 92226

**LARRY D. SMITH CORRECTIONAL FACILITY**
Name
Booking Number
1627 S. Hargrave Street
Banning, CA 92220

**INDIO JAIL**
Name
Booking Number
Post Office Box 1748
Indio, CA 92201

**ROBERT PRESLEY DETENTION CENTER**
Name
Booking Number
Post Office Box 710
Riverside, CA 92501

**COIS BYRD DETENTION CENTER**
Name
Booking Number
30755 –B Auld Road.
Murrieta, CA 92563

## INMATE VISITING TELEPHONE NUMBERS (TO SCHEDULE VISITS)
FOR RIVERSIDE COUNTY CORRECTIONAL FACILITIES

Blythe Jail:                          951-341-8888
Indio Jail:                           951-341-8888
Robert Presley Detention Center:      951-341-8888
Cois Byrd Detention Center:           951-696-3470
Larry D. Smith Correctional Facility: 951-922-7540

19

**FROM:**

MARLO McGEE
25855 LA BARCA RD
M.V. CA 92551



**TO:**

UNITED STATES COURTHOUSE
411 WEST FOURTH ST ROOM 1053
SANTA ANA CA 92701



RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ReadyPost